GEORGIO ACCATTATO V. UNITED STATES DEVELOPMENT CORPORATION.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY HOCHAUSER PLUMBING AND HEATING CORPORATION V. JOHN DIERKS.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISADORE APFEL and Another, Copartners, etc., v. CHEN YOUNG and SHANGTUNG INN, INC.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOSES DIAMOND V. DANIEL CARSON GOODMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CATHERINE LEITERER V. METROPOLITAN LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAL HODES V. DONALD J. DELANCEY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KONSTANTIN E. SUNYGIN, as Sole Surviving Partner, etc., v. EAGLE LOCK COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA E. ZACPAL and Another v. DANIEL REEVES, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. SAMUEL ROTH.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between FINSILVER, STILL & MOSS, INC., and ELIAS JANAN, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HARRY HOPKINS V. THOMPSON-STARRETT COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CAROLINE GROCSKA V. MARY MAHNKEN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of WILLIAM H. LUTZ against GEORGE V. MCLAUGHLIN, as Police Commissioner, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM E. ANNIN, JR., and Another v. ANNE F. MOEHLENPAH.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ELLEN PETERSON V. THE FORDHAM CORNICE WORKS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.